\

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATE A. LINDELL,

|                                        |                    |
|----------------------------------------|--------------------|
|                       Plaintiff,       | ORDER              |
|          v.                            |                    |
|                                        | 13-cv-563-wmc      |

LIEUTENANT DANE M. ESSER, CAPTAIN
SARA A. MASON, CAPTAIN DARYL W.
FLANNERY, TIMOTHY F. HAINES,
TROY G. HERMANS, KELLY R. TRUMM,
CHARLES FACKTOR, CHARLES E. COLE,
CINDY O'DONNELL and JOHN DOES 1-7,

Defendants.

---

Plaintiff Nate A. Lindell filed a proposed civil action pursuant to 42 U.S.C. § 1983, alleging constitutional violations in connection with the conditions of his confinement in the Wisconsin Department of Corrections. On December 3, 2014, the court issued an order striking the original complaint for violating the federal pleading rules on joinder found in Fed. R. Civ. P. 18, 20, and directing Lindell to file an amended complaint within thirty days. (Dkt. # 9). Lindell has now filed a motion for clarification or reconsideration regarding the joinder of his claims and he requests an extension of time, up to and including January 30, 2015, in which to submit his amended complaint. Lindell's motion for clarification or reconsideration is denied as unnecessary. However, his motion for extension of time will be granted.

## ORDER

IT IS ORDERED that:

1. Plaintiff Nathaniel A. Lindell's motion for clarification or reconsideration (dkt. #10) is DENIED. Lindell's motion for an extension of time to submit an

amended complaint (dkt. # 10) is GRANTED.  Lindell may have up to and including January 30, 2015 in which to submit his amended complaint.

2.  If Lindell does not file an amended complaint as directed, this case will be closed without further notice.  Any amended complaint filed by Lindell will be screened in accordance with 28 U.S.C. § 1915A.  If the amended complaint filed by Lindell fails to comply with the court's previous order, dkt. # 9, the court will dismiss the complaint and this action with prejudice pursuant to Fed. R. Civ. P. 41(b).

Entered this 5th day of January, 2015.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge