IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATE A. LINDELL,

    Plaintiff,

v.

LIEUTENANT DANE M. ESSER,
CAPTAIN SARA A. MASON, CAPTAIN
DARYL W. FLANNERY, TIMOTHY F.
HAINES, TROY G. HERMANS, KELLY R.
TRUMM, CHARLES FACKTOR,
CHARLES E. COLE, CINDY O'DONNELL
and JOHN DOES 1-7,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-563-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing, with prejudice, this case pursuant to 28 U.S.C. § 1915A(b) for plaintiff's failure to state a claim upon which relief may be granted.

/s/                                                               April 1, 2015

Peter Oppeneer, Clerk of Court                    Date